United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD HERRING,<br><br>        Plaintiff,<br><br>    v.<br><br>LEE DUDEK, et al.,<br><br>        Defendants. | Case No. 25-cv-01924-RS<br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

This is the second appeal arising from plaintiff's application for Social Security benefits. Plaintiff contends that following a prior reversal and remand, the ALJ failed to comply fully with the directions of the court, and that therefore the decision must again be reversed and remanded. Pursuant to Civil Local Rule 3-12, this matter is referred to Judge Illman for a determination as to whether it is related to *Herring v. Kijakazi*, 22-cv-02469-RMI, within the meaning of the rule.

**IT IS SO ORDERED**.

Dated: June 22, 2025

_____
RICHARD SEEBORG
Chief United States District Judge